IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Adams, Eric E | Case Number:  04 B 33506 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  9/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 99,974.70 | |
| Secured: | | 84,809.36 |
| Unsecured: | | 599.27 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 4,783.63 |
| Other Funds: | | 7,082.44 |
| Totals: | 99,974.70 | 99,974.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Heights Finance Corp | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 60,591.90 | 60,489.35 |
| 4. | Great American Finance Company | Secured | 1,268.92 | 1,268.92 |
| 5. | HomeComings Financial Network | Secured | 13,018.61 | 3,947.58 |
| 6. | Condor Capital Corp | Secured | 19,103.51 | 19,103.51 |
| 7. | Advance America | Unsecured | 40.00 | 40.00 |
| 8. | Condor Capital Corp | Unsecured | 449.29 | 449.29 |
| 9. | Custom Collection | Unsecured | 7.80 | 7.80 |
| 10. | Great American Finance Company | Unsecured | 0.04 | 0.04 |
| 11. | T Mobile USA | Unsecured | 60.75 | 60.75 |
| 12. | Methodist E R Physicians | Unsecured | 9.90 | 9.90 |
| 13. | Methodist E R Physicians | Unsecured | 12.80 | 12.80 |
| 14. | RMI/MCSI | Unsecured | 7.50 | 7.50 |
| 15. | Americash Loans, LLC | Unsecured | 11.19 | 11.19 |
| 16. | Cook County Treasurer | Priority | | No Claim Filed |
| 17. | American Revenue Corp Inc | Unsecured | | No Claim Filed |
| 18. | Account Recovery Service | Unsecured | | No Claim Filed |
| 19. | Commercial Check Control | Unsecured | | No Claim Filed |
| 20. | First Premier | Unsecured | | No Claim Filed |
| 21. | One Iron Ventures | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Heights Finance Corp | Unsecured | | No Claim Filed |
| 24. | Indiana Dept Of Revenue | Unsecured | | No Claim Filed |
| 25. | Four Seasons | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Adams, Eric E

Printed: 7/8/08

Case Number: 04 B 33506
Judge: Wedoff, Eugene R
Filed: 9/9/04

| | | | |
|---|---|---|---|
| 26. Village of South Holland | Unsecured | | No Claim Filed |
| 27. Village of South Holland | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 97,282.21 | $ 88,108.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 741.80 |
| 4% | 258.57 |
| 3% | 225.96 |
| 5.5% | 1,105.02 |
| 5% | 376.60 |
| 4.8% | 670.70 |
| 5.4% | 1,404.98 |
| | _____ |
| | $ 4,783.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

